1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DAVID A. RODRIGUEZ, SR.,
11          Petitioner,                No. CIV S-08-0670 MCE DAD P
12      vs.
13  M.S. EVANS, Warden,
14          Respondent.                ORDER
15  _____/
16          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma
18  pauperis.
19          Examination of the in forma pauperis application reveals that petitioner is unable
20  to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be
21  granted.  See 28 U.S.C. § 1915(a).
22          Since petitioner may be entitled to relief if the claimed violation of constitutional
23  rights is proved, respondent will be directed to file a response to petitioner's habeas petition.
24  /////
25  /////
26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: April 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodr0670.100

2