IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID A. RODRIGUEZ, SR.,** | CIV S-08-0670 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Respondent has requested an enlargement of time to file a response to petitioner's petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that the time for filing Respondent's response is extended to and including June 24, 2008.

DATED: May 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodr0670.111