IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID A. RODRIGUEZ, SR.,** | CIV S-08-0670 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's response is extended through and including July 24, 2008.

DATED: June 23, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rod0670.111